# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1615
LT Case No. 16-2001-CF-2561-A
_____

DUWAYNE LATROY JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Duwayne Latroy Jones, Lake Butler, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.

February 24, 2026

PER CURIAM.

AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____